

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00346-CV

EQUINE SPORTS MEDICINE &
SURGERY WEATHERFORD DIVISION,
PLLC, Appellant

V.

TYLER TIPTON, DVM, DACVS AND
TIPTON EQUINE, LLC, Appellees

§ On Appeal from the 43rd District Court

§ of Parker County (CV19-0408)

§ October 22, 2020

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that Appellant Equine Sports Medicine & Surgery Weatherford Division, PLLC must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr